# UNITED STATES DISTRICT COURT
## District of Minnesota



A12-326

RECEIVED BY MAIL
AUG 24 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

COPY — DISTRICT OF APPELLATE COURTS
AUG 17 2012
FILED

**RESPOND TO:**

| | | |
|---|---|---|
| X | Warren E. Burger Federal Building and U.S. Courthouse<br>316 N. Robert St., Suite 100, St. Paul, MN 55101 | Phone (651) 848-1100 |
| __ | U. S. Courthouse, 300 S. Fourth St., Suite 202, Minneapolis, MN 55415 | Phone (612) 664-5000 |
| __ | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 W. First St., Suite 417, Duluth, MN 55802 | Phone (218) 529-3500 |
| __ | U. S. Courthouse, 118 South Mill St., Suite 212, Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| **DATE:** August 16, 2012 | **CIVIL FILE NUMBER:** 12-1874 JRT/AJB |
|---|---|
| **CASE TITLE:** | Office of Lawyers Professional Responsibility v. Clark |

| | |
|---|---|
| | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). |
| | Your original documents are returned. Copies of state court documents were submitted upon removal of the action to federal court. |
| X | A certified copy of the Order of Remand is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope. Our records indicate your State Court case number is ___A12-0326___ |
| | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on _____ A certified copy of the order and the docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed on _____ A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | Your In Forma Pauperis application was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office. |
| | OTHER: |

Deputy Clerk: s/Rena L Riemer

Rena Lexvold Riemer

